# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) )   Case No.  **MJ-20-255-SM** |
| CHRISTOPHER STEVEN LEDBETTER, | ) ) ) |
| Defendant. | ) |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The President of the United States to the United States Marshal for the Western District of Oklahoma or any United States Marshal, and the Warden or Superintendent:

GREETINGS:  You are hereby commanded to proceed to the Logan County Jail and there take and receive Lincoln County Inmate Christopher Steven Ledbetter (DOB: XX/XX/1990; SSN: XXX-XX-1469), who was arrested on June 4, 2020 on an arrest warrant out of Lincoln County, Oklahoma, and keep him in your custody and bring him before the United States District Court for the Western District of Oklahoma on June 5, 2020, at 3:00 p.m., for any hearings necessary in this case and then return him to the custody of the Lincoln County Jail, 811 Manvel Ave # 14 Chandler, OK, 74834, or do as otherwise ordered by the Court.

DATED this 8th day of June, 2020.

CARMELITA REEDER SHINN
Clerk of the United States District Court
for the Western District of Oklahoma

By:   */s/ Lesa Boles*
  DEPUTY